General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 1 4 2011
EASTERN DIST OF ___

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 1 4 2011

DAVID J. MALAND, CLERK
BY
DEPUTY _____

*Eddy Michael Hill (a.k.a. Edmich H)*

Case Number : _____

5 1 1 C V _ 2 1 1

List the full name of each plaintiff in this action.

VS.

*U.S. President Barack Obama*

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

*none*

C.   Results of the conference with counsel:

_____n / a_____

_____

_____

II.   List previous lawsuits:

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _____ Yes   ✓ No

B.   If your answer to "A" is "yes",  describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

   1.   Approximate file date of lawsuit: _____

   2.   Parties to previous lawsuit(s):

      Plaintiff_____

      Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

   3.   Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

      _____

   4.   Docket number in other court. _____

   5.   Name of judge to whom the case was assigned.

      _____

   6.   Disposition: Was the case dismissed, appealed or still pending?

      _____

   7.   Approximate date of disposition. _____

III.   Parties to this suit:

    A.   List the full name and address of each plaintiff:

       Pla #1 _Eddy Michael Hill (a.k.a. Edmich H)_
       _Randy Sims Homeless (Outreach) Shelter_
       _402 Oak St., Texarkana, TX 75504_

       Pla #2 _____

       _____

       _____

    B.   List the full name of each defendant, their official position, place of employment
       and full mailing address.

       Dft #1: _Barack Obama, President of the_
       _United States of America, White House,_
       _100 Constitution Ave., Washington, D.C._

       Dft #2: _____

       _____

       _____

       Dft #3 _____

       _____

       _____

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

U.S. President Barack Obama was notified in 2011 as to the VA Complaint outlined in my book "Up!" by H (Edwich H) - Copyrighted by Library of Congress, Wash. D.C. in 2008. He failed to act. His dereliction of Duty is proof that he is Unfit to continue serving as Commander-in-Chief of the U.S. Armed Forces.

On 9* Feb 82 (Black History Month), during routine "Out-processing" at RAF Alconbury, England, U.K., 2nd Lt. Eddy Michael Hill, SS # 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, checked off at the Base Dental Clinic. There, a Black Colonel Dentist (name Ukn.) said I had gingivitus, + a Black Airman Tech. commenced "cleaning my teeth" - He hurt me - the Col. then numbed my mouth completely + the Airman continued. After he finished - a Black Sargent escorted me into a room w/ 4 or 5 British Civilians - all old men w/ missing teeth + skin disease. He taught us "how to brush our teeth".

*Sounds like "nein".                    Over →

breests, bleeding rectum, abcesses, urgent & frequent urination,

V.     Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I demand a FULL Investigation of the circumstances outlined in this law suit. I demand criminal charges be brought against all participants. I demand a published apology by the president of the US, on behalf of the United States Government, and compensate me 24 Million ⊕ U.S. Dollars, for my damages!!!!

Signed this _____14_____ day of _____December_____, 20 _11_ .

                                    (Month)                    (Year)

                    _Eddy M. Hill (a.k.a. Edward H_

                    _____

                    _____

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _14 Dec 11_____
                        Date

                    _Eddy M. Hill (a.k.a Edward H_

                    _____

                    _____

                        Signature of each plaintiff